**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brad Hall & Associates Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mohamed Elkotb, et al.,<br><br>　　　　　Defendants. | No. CV-22-00155-TUC-RM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Application for Order Charging Limited Liability Companies with Payment of Judgment. (Doc. 24.) On July 1, 2022, the Court entered default judgment against Defendants Mohamed Elkotb and Tucson Chevron Gas, LLC in the amount of $237,221.53. (Doc. 17.) Plaintiff requests that the Court issue an Order charging the membership interest of Mohamed Elkotb, a judgment debtor in this matter, in several limited liability companies ("LLCs") with payment of the judgment debt. (*Id.*) Defendant avers that Mohamed Elkotb is a member of the following LLCs:

　　　　1. Tucson Chevron Gas, LLC, an Arizona limited liability company;

　　　　2. Gilbert Mobil Gas Company, LLC, an Arizona limited liability company;

　　　　3. Home Demands of AZ, LLC, an Arizona limited liability company;

　　　　4. Lucky's Diesel, LLC, an Arizona limited liability company;

　　　　5. Neuropro Integrated, LLC, an Arizona limited liability company;

   6. Nile Palms, LLC, an Arizona limited liability company;

   7. Tempe Gas Company, LLC, an Arizona limited liability company;

   8. True Friends, LLC, an Arizona limited liability company; and

   9. ZFC, LLC, a Wyoming limited liability company

(Doc. 24; *see also* Doc. 24-1 to Doc. 24-8.)

  A.R.S. § 29-3503 provides that a charging order may be entered to charge the transferable interest of a judgment debtor in a limited liability company with payment of the unsatisfied amount of a judgment. Specifically, A.R.S. § 29-3503 provides, in relevant part, as follows:

> A. On application by a judgment creditor of a member or transferee, a court may enter a charging order against the transferable interest of the judgment debtor for the unsatisfied amount of the judgment. A charging order requires the limited liability company to pay over to the person to which the charging order was issued any distribution that otherwise would be paid to the judgment debtor.
>
> E. This section provides the exclusive remedy by which a person seeking in the capacity of judgment creditor to enforce a judgment against a member or transferee may satisfy the judgment from the judgment debtor's transferable interest.

A.R.S. § 29-3503. Thus, according to these provisions, a judgment creditor may seek payment of the unsatisfied amount of a judgment debt by obtaining a charging order directing that the membership interest of the judgment debtor in the LLC be charged with payment.

  Plaintiff has attached eight exhibits to its Motion that show Mohamed Elkotb's interest in the first eight LLCs it seeks to name in the charging order. However, although it avers that Mohamed Elkotb is a member of ZFC, LLC, a Wyoming limited liability company, Plaintiff provides no evidence to support this assertion. Accordingly, the Motion will be granted as to the first eight LLCs for which Plaintiff has provided exhibits showing Mohmaed Elkotb's interest but denied as to the ninth LLC.

  Accordingly,

**IT IS ORDERED** that the Application for Order Charging Limited Liability Companies with Payment of Judgment (Doc. 24) is **granted in part and denied in part** as follows:

(A) The Application is **granted** as to the following LLCs. The membership interests of Mohamed Elkotb in the following LLCs are charged with payment of the unsatisfied amount owed on the judgment against Mohamed Elkotb and Tucson Chevron Gas, LLC in the amount of $237,221.53:

    1. Tucson Chevron Gas, LLC, an Arizona limited liability company;

    2. Gilbert Mobil Gas Company, LLC, an Arizona limited liability company;

    3. Home Demands of AZ, LLC, an Arizona limited liability company;

    4. Lucky's Diesel, LLC, an Arizona limited liability company;

    5. Neuropro Integrated, LLC, an Arizona limited liability company;

    6. Nile Palms, LLC, an Arizona limited liability company;

    7. Tempe Gas Company, LLC, an Arizona limited liability company; and

    8. True Friends, LLC, an Arizona limited liability company.

(B) The Application is **denied** as to ZFC, LLC, a Wyoming limited liability company.

Dated this 2nd day of September, 2022.

_____
Honorable Rosemary Márquez
United States District Judge